UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAE SYSTEMS SAN DIEGO SHIP REPAIR INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, through the DEPARTMENT OF THE NAVY, and its activity, the Southwest Regional Maintenance Center, <br><br> Defendants. | Case No.: 3:22-cv-00515-L-BGS <br><br> In Admiralty <br><br><br><br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE EXPERT DISCOVERY DATES** <br><br> **[ECF 43]** |

The parties have filed a joint motion seeking to continue three dates related to expert witness discovery.[1] The parties note that the dates they propose would allow for a more orderly exchange of expert information between the parties.

The Court finds good cause to extend the three dates and **GRANTS** the request. *See* Fed. R. Civ. P. 16(b)(4) (A scheduling order "may be modified only for good cause and with the judge's consent.")  Accordingly, the Court **ORDERS**

---

[1] In the Court's Order Continuing Discovery and Pre-trial Dates, the deadlines ordered by the Court for expert witness discovery were those proposed by the parties in their joint discovery plan (*see* ECF 18 at 4).  (*See* ECF 27 at 2 ("The Court . . . adopts the dates proposed by the parties in their Joint Discovery Plan.")

that the following dates related to expert discovery are modified:[2]

| Supplemental/Rebuttal Expert Designations | May 1, 2023 |
| --- | --- |
| Expert Disclosures | June 1, 2023 |
| Rebuttal Expert Designation/Disclosures | June 16, 2023 |

Dated:  April 14, 2023

_____
Hon. Bernard G. Skomal
United States Magistrate Judge

---

[2] No other deadlines in the Scheduling Order are modified.